Klingensmith

v.

Jorden etal.

United States District Court
Western Dist. of Ark.

19:5185/20:5015

## Motion to Refile ECF. 220, 221 and 223; and to Respond to the Proposed Motion to Dismiss Therein

1) Comes now, Tyler Klingensmith, a pro se litigant, and prays for the Court to allow plaintiff to file the Exhibit A under seal of the Court only or to Allow Counsel for BCDC to view as well.

2) On 9-15-21 plaintiff filed a motion for a five (5) pg. extension to S.J. Opposition; based upon the newly discovered facts. ECF. 222;

3) Due to plaintiffs holdings at that time (Ad. Seg.) he was unable to and not allowed to use the telephone at now;

1 of 8 total

4) As well, defendants filed a motion and it would cause prejudice to not allow plaintiff to respond, for plaintiff was not aware of the pro-posed allegations and did not have a chance to position a response, as to his intended result of such allegations;

Wherefore, plaintiff prays for the Court to accept this response

10-31-21   7206 W. 7th PineBluff, AR   170972   T. Klingensmith

NEOPOST
11/02/21
US POST

ORIGINATED
AT
ADC RLW UNIT

Received WD/AR
NOV 04 2021
U.S. Clerk's Office

Tyler Klingensmith 130975
7206 W. 7th
Pine Bluff AR 71603

U.S. District Court
35 Mountain #510
Fayetteville, AR 72701